TITLE GUARANTEE AND TRUST COMPANY, Appellant, *v.*
MAX PAM, Respondent.

(Submitted February 27, 1922; decided March 7, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 232 N. Y. 441.)

In the Matter of the Claim of CLARA M. FREY against
BURROWS SHOE COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — application for reversal of order reversing award.*

*Frey* v. *Burrows Shoe Co.,* 199 App. Div. 947, reversed.

(Submitted February 27, 1922; decided March 7, 1922.)

APPLICATION for reversal of an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1921, which reversed an award of the state industrial board made under the Workmen's Compensation Law.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for appellant.

*Bertrand L. Pettigrew* for respondents.

Order of Appellate Division reversed and award of state industrial board affirmed, with $154 costs to state industrial board upon stipulation of parties.